# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FLORIDA SUNSHINE STANFORD § | |
| § | Civil Action No. 4:21-CV-388 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| BYRON KELLEY, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 14, 2022, the report of the Magistrate Judge (Dkt. #42) was entered containing proposed findings of fact and recommendations that Defendants Byron Kelley and SettlePou's Motion to Dismiss (Dkt. #15) be granted. *Pro se* Plaintiff Florida Sunshine Stanford, who receives electronic notice in this matter, received notice of the Magistrate Judge's Report on February 14, 2022 (Dkt. #34).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants Byron Kelley and SettlePou's Motion to Dismiss (Dkt. #15) is **GRANTED**. Plaintiff's claims against Defendants Byron Kelley and SettlePou are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

 **SIGNED this 4th day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE